Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT
for the
Southern District of FL
Civil Division

Case No. 18-CV-20936
(to be filled in by the Clerk's Office)

~~SIGMA~~ IGMA EINTERPRISES Tita Nyambi
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Oscar        MetroPcs
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one)  ☐ Yes  ☑ No

FILED by _N/A_ D.C.
MAR 12 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of Citizenship)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tita Nyambi |
| Street Address | 407 Lincoln RD ste 11B |
| City and County | MIAMI BEACH MIAMI-DADE |
| State and Zip Code | FL 33139 |
| Telephone Number | 786 487 5022  786 920 0960 |
| E-mail Address | TitaNyambi768@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

SCANNED

Page 1 of 6

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

Defendant No. 1

- **Name:** OSCAR
- **Job or Title (if known):** Sales Associate
- **Street Address:** 1601 WASHINGTON AVE
- **City and County:** MIAMI BEACH   DADE
- **State and Zip Code:** FL 33139
- **Telephone Number:** 305 538 9588
- **E-mail Address (if known):**

Defendant No. 2

- **Name:** METROPCS CCS WIRELESS
- **Job or Title (if known):**
- **Street Address:** 1601 WASHINGTON AVE
- **City and County:** MIAMI BEACH   DADE
- **State and Zip Code:** FL 33139
- **Telephone Number:** 305 538 9588
- **E-mail Address (if known):**

Defendant No. 3

- **Name:** WI-INCOMM - Incomm Financial Service
- **Job or Title (if known):**
- **Street Address:** 1200 BROOKSTONE CENTRE PARKWAY SUITE 220
- **City and County:** Columbus
- **State and Zip Code:** GEORGIA 31904
- **Telephone Number:** 800 698 2438
- **E-mail Address (if known):**

Defendant No. 4

- **Name:**
- **Job or Title (if known):**
- **Street Address:**
- **City and County:**
- **State and Zip Code:**
- **Telephone Number:**
- **E-mail Address (if known):**

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) __TITA NYAMBI__, is a citizen of the State of (name) __FLORIDA__.

2. If the plaintiff is a corporation
   The plaintiff, (name) __IGMA EINTERPRISES__, is incorporated under the laws of the State of (name) __FLORIDA__
   and has its principal place of business in the State of (name) __FLORIDA__.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) __OSCAR__, is a citizen of the State of (name) __FLORIDA__. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) __METROPLS WIRELESS__, is incorporated under the laws of the State of (name) __FLORIDA__, and has its principal place of business in the State of (name) __FLORIDA__.
   Or is incorporated under the laws of (foreign nation) _____
   and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* __OSCAR_____, owes the plaintiff *(specify the amount)* $ __101.54__, because *(use one or more of the following, as appropriate)*:

### A. On a Promissory Note

On *(date)* _____, the defendant signed and delivered a note promising to pay the plaintiff on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____. A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

### B. On an Account Between the Parties

The defendant owes the plaintiff *(specify the amount)* $ _____. This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit-card company and a credit-card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ _____. Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

C. **For Goods Sold and Delivered**
The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

D. **For Money Loaned**
The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned the defendant on *(date)* _____ .

E. **For Money Paid by Mistake**
The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to the defendant on *(date)* _____ , when the defendant received the payment from *(specify who paid and describe the circumstances of the payment)*

F. **For Money Had and Received**
The defendant was paid money *(specify the amount)* $ 101.59 on *(date)* 2/23/18 by *(identify who paid and describe the circumstances of the payment)*

He fraudently doctored customer receipts to deprive

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as* me that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned*)* of a portion of my money, lied to cover it up, purposefully and willfully sabatoged my customer experience and transactio

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court to find in favor of the plaintiff and in doing so order, Restitution in the amount of $101.59, or Honor and complete the transaction of the devices originally purchased. In regards to punitive damages I ask the court impose serious fines to deter others from engaging in similar act

Page 5 of 6

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/26/2018

Signature of Plaintiff: *Tita Nyambi*
Printed Name of Plaintiff: Tita Nyambi

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

2/25/18

I Duly swear this to be the truth in regards to the events surrounding the criminal fraudulent activities of the MetroPCS employee towards me.

I entered the MetroPCS wireless store on Friday Feb 23 and proceeded to Port in (transfer) 2 numbers from another service into Metro to take advantage of the promotional switch service offer. Despite my familiarity with such routine procedures I was consistently given false information on how it is ushered. I paid $101.59 which was 60 + 30 for monthly service on the IPhone SE and ZTE. I paid with $105.00 and was given approximately $3 and coins.

The receipt printed however said 70 which I had originally argued it should be but was lied to by Oscar.

Then the Port in process was done incorrectly and purposefully to block my intentions.

A process that is instant to 24-42 hours would take 2 weeks and that I couldn't leave the store with the phones I purchased which is unheard of.

I gave it one day and came back, still no status change so I asked for my money back and was given back 70 instead and he tried to convince me that I was wrong. He printed out what was supposed to be my receipt but when I went home and checked the original, I saw the discrepencies and the fraudulent activities of the employee.

Sunday I returned with receipts and demanded to speak to a manager and was ignored while the coworker tried to dispute the evidence before him. I bought another single device and took it home only to find it full of spyware and malware not

originally on the device.

I demand my original purchase be honored and completed. The employee froze the process by creating a neverending loop.

He was trying to transfer the same number to both devices which caused it to go in circles.

I want both new phone purchases complete, the employee disciplined and terminated.

I'm also suing for restitution and damages in the amounts of $1010 and $100,000.00 respectively.

I want a judge panel hearing and further investigation as to whether this has happened to others. If not for my diligence, the criminal pockets $30+ dollars and would end up

ant epithets:

Mayate!; Nigger-Rigging!; Fucking Baser!; Nigga Jew!;

And more which I couldn't completely understand due to my lack of fluency in Spanish language, It it then I stated I would be back in the form of litigation towards Oscar and Metro PCS.

As we speak there is still spyware and adware in my cellular device which also led to the theft of my 2017 Tax refund.

ant epithets:

Mayate!; Nigger-Rigging!; Fucking Baser!; Nigga Jew!;

And more which I couldn't completely understand due to my lack of fluency in Spanish language, It it then I stated I would be back in the form of litigation towards Oscar and Metro PCS.

As we speak there is still spyware and adware in my cellular device which also led to the theft of my 2017 Tax refund.



metroPCS
Authorized Dealer
UNICOMM
1608 WASHINGTON AVE
MIAMI BEACH, FL 33139
Phone: (305) 538-9588
Fax: (305) 538-9588

RECEIPT POS 000936181
*000093618 1*
Sales Rep: Oscar

Date: 02-23-2018 Time: 02:11

To:
Customer # 245203
NYAMBI TITA

Cell Pmt #7869200962 New Activation
30.00

Carrier Conf: 857239582
MetroPCS
Account #: 438577246
Phone #: 7869200962
Past Due Balance: $91.00
Current Balance: $91.00
Due Date: 22nd of each month
Thank you TITA NYAMBI
Your due date is the 22nd of each month
See www.metroPCS.com/terms for Terms and Conditions of Service

<- Actual

InComm Financial Services, Inc.
1200 Brookstone Centre Parkway
Suite 220
Columbus, GA - 31904
800-698-2438

C1 MTP IPHONE SE 32GB GREY
399.99
Tax Type: Sales 28.00
Item Total: 427.99
Serial#: 356601081456779

C1 MTP IPHONE SE 32GB GRAY REBATE
-250.00
Item Total: -250.00
Serial#: 356601081456779

C0 MTP PORT $150 INSTANT REBATE
-150.00
Item Total: -150.00
Serial# 356601081456779

Cell Pmt #7869200962 New Activation
30.00

Carrier Conf: 857239582
MetroPCS

metroPCS
Authorized Dealer
UNICOMM
1608 WASHINGTON AVE
MIAMI BEACH, FL 33139
Phone: (305) 538-9588
Fax: (305) 538-9588

RECEIPT POS 000936181
*000093618 1*
Sales Rep: Oscar

Date: 02-24-2018 Time: 07:43

To:
Customer # 245203
NYAMBI TITA

Cell Pmt #7869200962 New Activation
30.00

C1 MTP IPHONE SE 32GB GREY
399.99
Tax Type: Sales 28.00
Item Total: 427.[illegible]
Serial#: 3[illegible]01081456779

C0 MTP IPHONE SE 32GB GRAY REBATE
-250.00
Item Total: -250.00
Serial#: 356601081456779

C0 MTP PORT $150 INSTANT REBATE
-150.00
Item Total: -150.00
Serial#: 356601081456779

Cell Pmt #7869200962 New Activation
30.00

Conf: QPAYPC793548263

Conf: QPAYPC793548263

C1 MTP ZTE BLADE Z MAX BLK
[illegible]
Tax Type: Sales [illegible]
Item Total: 192.5[illegible]
Serial#: 867885033152030

C0 MTP ZTE BLADE Z MAX REBATE
-[illegible]0.00
Item Total: -[illegible]0.00
Serial# 867885033152030

C0 MTP PORT $150 IN[illegible]ANT REBATE
-150.00
Item Total: -150.0[illegible]
Serial#: 867885033[illegible]

Thank you TINA NYAMBI
Your due date is the 22nd of each month
See www.metropcs.com/terms for Terms and Conditions of Service

InComm Financial Services, Inc.
1200 Brookstone Centre Parkway
Suite 220
Columbus, GA - 31904

Conf: QPAYPC793548263

Carrier Conf: 857239558
Conf: QPAYPC793548263

Carrier Conf: 857239558

C1 MTP ZTE BLADE Z MAX BLK
                                179.99
Tax Type: Sales                  12.60
Item Total:                     192.59
Serial#: 867885033152030

C1 MTP ZTE BLADE Z MAX REBATE
                                 60.00
Item Total:                      60.00
Serial#: 867885033152030

C1 MTP PORT $150 INSTANT REBATE
                               -150.00
Item Total:                    -150.00
Serial#: 867885033152030

Conf: QPAYPC793548293

Carrier Conf: 857239582
Conf: QPAYPC793548293

Carrier Conf: 857239582
Convenience Fee

Convenience Fee

C1 MTP IPHONE SIM CARD
                                  0.01
Tax Type: Sales                   0.00
Item Total:                       0.01
Serial#: 8901260333935385105F

Grand Total:                    $70.59
Amount Paid:                   $105.00
Change:                         $34.41

Payment Method: Cash

-- MetroPCS SERVICE PAYMENT please check that the phone number is correct and this receipt has a confirmation number. MetroPCS payment changes or refunds must be done within the same date payment was processed, no exceptions. Payments and reactivations can take up to 4 hours to fully process. If your phone is temporary disconnected service will be restored in 2 hours.

-- CELLULAR EQUIPMENT has a 1 year manufacturer's warranty EXCEPT REFURBISHED AND ACCESSORY ITEMS which have a 30 Day warranty.

NO REFUND ON ACCESSORIES exchanges only EXCEPT NOTED HEADSETS which are non refundable please contact the manufacturer for warranty service. All warranty exchanges must be done within 30 Days AND MUST BE PRESENTED WITH A RECEIPT AND ORIGINAL PACKING.

UNLOCKED GSM Equipment is Non-Returnable under any circumstances. We do not accept any returns or exchanges.

CPO EQUIPMENT has been thoroughly inspected and reconditioned like-new condition. It goes through a complete 100+ point checklist to...

Convenience Fee

Convenience Fee

C1 MTP IPHONE SIM CARD
                                  0.01
Tax Type: Sales                   0.00
Item Total:                       0.01
Serial#: 8901260333935385105F

Grand Total:                    $70.59
Amount Paid:                   $101.59
Change:                         $31.00

Payment Method: Cash

ORIGINAL  1 of 2

**metroPCS**
**Authorized Dealer**
UNICOMM
1608 WASHINGTON AVE
MIAMI BEACH, FL 33139
Phone: (305) 538-9588
Fax: (305) 538-9588

RECEIPT POS 000936181



*00093618 1*

Sales Rep: Oscar

Date: 02-23-2018 Time 02:11

To:
Customer # 245203
NYAMBI TITA

Cell Pmt #7869200962 New Activation        30.00

Carrier Conf: 857239582
MetroPCS
Account #: 438577246
Phone #: 7869200962
Past Due Balance: $91.00
Current Balance: $91.00
Due Date: 22nd of each month
Thank you TITA NYAMBI
Your due date is the 22nd of each month
See www.metroPCS.com/terms for Terms and Conditions of Service

InComm Financial Services, Inc.
1200 Brookstone Centre Parkway
Suite 220
Columbus, GA - 31904
800-698-2438

C1 MTP IPHONE SE 32GB GREY
                                              399.99
Tax Type: Sales                                28.00
Item Total:                                   427.99
Serial#: 356601081456779

C0 MTP IPHONE SE 32GB GRAY REBATE
                                             -250.00
Item Total:                                  -250.00
Serial#: 356601081456779

C0 MTP PORT $150 INSTANT REBATE
                                             -150.00
Item Total:                                  -150.00
Serial# 356601081456779

Cell Pmt #7869200962 New Activation

---

*Handwritten annotations:*

Charged $130
Told me $60

← 90 per Month + fee/taxes

$100 + out door ~~Bill~~

I had $100 Bill. It came to $101. I added $5 bill $105. Why would I give 105 if bill was under the 100!

Charged $130

Carrier: Com
MetroPCS
Account #: 438577246
Phone #: 7869200962
Past Due Balance: $91.00
Current Balance: $91.00
Due Date: 22nd of each month
Thank you TITA NYAMBI
Your due date is the 22nd of each month
See www.metroPCS.com/terms for Terms and Conditions of Service

InComm Financial Services, Inc.
1200 Brookstone Centre Parkway
Suite 220
Columbus, GA - 31904
800-698-2438

Conf: QPAYPC793548263

Carrier Conf: 857239558
Conf: QPAYPC793548263

Carrier Conf: 857239558
C1 MTP ZTE BLADE Z MAX BLK
                                 179.99
Tax Type: Sales                   12.60
**Item Total:**                  **192.59**
Serial# 867885033152030

C0 MTP ZTE BLADE Z MAX REBATE
                                  -60.00
**Item Total:**                  **-60.00**
Serial# 867885033152030

C0 MTP PORT $150 INSTANT REBATE
                                 -150.00
**Item Total:**                  **-150.00**
Serial# 867885033152030

Conf: QPAYPC793548293

Carrier Conf: 857239582
Conf: QPAYPC793548293

Carrier Conf: 857239582
Convenience Fee

Convenience Fee

C1 MTP IPHONE SIM CARD
                                    0.01
Tax Type: Sales                    0.00
**Item Total:**                    **0.01**
Serial# 89012603339353851O5F

**Grand Total:**        **$70.59**
**Amount Paid:**        **$105.00**
**Change:**             **$34.41**

Payment Method: Cash

METROPCS SERVICE PAYMENT... [illegible fine print]

CELLULAR EQUIPMENT... [illegible fine print]



**metroPCS**
**Authorized Dealer**
**UNICOMM**
**1608 WASHINGTON AVE**
**MIAMI BEACH, FL 33139**
Phone: (305) 538-9588
Fax: (305) 538-9588

RECEIPT POS 000936181

*00093 181*

Sales Rep: Oscar

Date: 02-24-2018  Time: 07:13

To:
Customer # 245203
NYAMBI TITA

---

Cell Pmt #7869200962 New Activation
                                          30.00

C1 MTP IPHONE SE 32GB GREY
                                          399.99
Tax Type: Sales                            28.00
**Item Total:**                           427.
Serial#: 35 01081456779

C0 MTP IPHONE SE 32GB GRAY REBATE
                                         -250.00
**Item Total:**                          -250.00
Serial#: 356601081456779

C0 MTP PORT $150 INSTANT REBATE
                                         -150.00
**Item Total:**                          -150.00
Serial#: 356601081456779

Cell Pmt #7869200962 New Activation
                                           30.00

Conf: QPAYPC793548263

Conf: QPAYPC793548263

C1 MTP ZTE BLADE Z MAX BLK
                                           
Tax Type: Sales
**Item Total:**                           192.5
Serial#: 867885033152030

C0 MTP ZTE BLADE Z MAX REBATE
                                          
**Item Total:**                           -60.00
Serial#: 867885033152030

C0 MTP PORT $1   ANT REBATE
                                          -150.00

---

*Handwritten annotations:*

FRAUDULENT RECREATION

1 of 2

Charged $30 plan
Told me $60

Charged $30

Serial# 06788505752030

Conf: QPAYPC793548293

Conf: QPAYPC793548293

Convenience Fee

Convenience Fee

C1 MTP IPHONE SIM CARD

Tax Type: Sales     0.01
Item Total:     0.00
Serial#: 8901260333935385135     0.01

**Grand Total:**     **$70.59**
**Amount Paid:**     **$101.59**
**Change:**     **$31.00**

Payment Method: Cash

2 of 2

[remainder of receipt illegible]

Tito Nyambi
407 Lincoln RD
Suite 11B
MIAMI BEACH FL
33139

WILKIE D FERGUSON
US. FED. COURTHOUSE
SOUTHERN DISTRICT
COURT CLERK
400 NORTH MIAMI AVE
MIAMI, FL 33128

